UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**FILED**
CHARLOTTE, N. C.
JAN 29 2007
U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 3:07MJ15 |
| ) | |
| v. ) | |
| ) | <u>ORDER SEALING ARREST WARRANT,</u> |
| DAVID ALLEN HAGEN ) | <u>CRIMINAL COMPLAINT, AND</u> |
| ) | <u>AFFIDAVIT</u> |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Arrest Warrant, Criminal Complaint, Affidavit, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Affidavit, the Arrest Warrant, the Motion to Seal and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 29th day of January, 2007.

_____
~~CARL HORN, III~~
UNITED STATES MAGISTRATE JUDGE